UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:25-cv-471

LISA RICE-MCGARITY,

    Plaintiff,

vs.

SARA CAMPBELL, LTD. CORP,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Notice of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines and allow the parties forty-five (45) days to finalize settlement.

    Dated: September 2, 2025

**SCHERTZER LAW, PLLC**
Counsel for Plaintiff
/s/ *Andrew Schertzer*
By: Andrew Schertzer, Esq.
Fla. Bar No.: 1044359
712 S. Howard Ave #205
Tampa, FL 33606
248-513-1017
Email:
schertzer.andrew@yahoo.com